UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>4:23-cv-00270<br><br>Sophia Daughterty,<br>        Plaintiff,<br>    v.<br>Meta Platforms, Inc., *et al.*,<br>        Defendants. | MDL No. 3047<br><br>Case No. 4:23-cv-00270-YGR<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil Local Rule 11-5, counsel for Plaintiff filed a motion to withdrawal as counsel because counsel has lost the ability to communicate effectively with Plaintiff. Accordingly, it is **ORDERED** that:

1. Plaintiff shall advise the Court in writing within thirty-five (35) days whether he or she intends to proceed with the case, either through current counsel, with substitute counsel, or without counsel. The Court can be contacted via email at ygrcrd@cand.uscourts.gov or mail at District Judge Yvonne Gonzalez Rogers, Oakland Courthouse, Courtroom 1 – 4th Floor, 1301 Clay Street, Oakland, CA 94612.

2. On this same day, Plaintiff's counsel shall send this show-cause order to the Plaintiff at the Plaintiff's home address and email. The Plaintiff's counsel shall be required to make diligent continued efforts to contact the Plaintiff during the 35-day notice period. Plaintiff's counsel shall promptly inform the Court if it succeeds in re-establishing communication with the plaintiff during the 35-day notice period.

3. If the Plaintiff timely responds to this show-cause order, the Court shall exercise its

discretion in determining whether to permit counsel's withdrawal.

    4.    If the Plaintiff timely responds to this show-cause order and states that he or she no longer wishes to proceed with the case, or if the plaintiff fails to respond to the show-cause order, the Court shall enter an order permitting counsel's withdrawal, and shall separately enter an order dismissing the plaintiff's claims under Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: August 27, 2024

                                            **YVONNE GONZALEZ ROGERS**
                                 **UNITED STATES DISTRICT COURT JUDGE**